# United States Bankruptcy Court
## Western District of Oklahoma

In re   **John Jason Malchow**  
Debtor(s)

Case No.   **15-14104**  
Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **March 18, 2016**

**/s/ John Jason Malchow**  
**John Jason Malchow**  
Signature of Debtor